# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-4402__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Patrick Donte Goodman__ _____as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____/s/ Peter C. Anderson_____
(signature)

Peter C. Anderson
Name (printed or typed)

Beveridge & Diamond, PC
Firm Name (if applicable)

409 East Blvd.

Charlotte, NC 28203
Address

(704) 372-7370
Voice Phone

(704) 372-7411
Fax Number

panderson@bdlaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __September 4, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jennifer P. May-Parker, Assistant U. S. Attorney
Federal Building
310 New Bern Avenue
Suite 800
Raleigh, NC 27601-1461
jennifer.may-parker@usdoj.gov

_____/s/ Peter C. Anderson_____
Signature

9/4/2013
Date

11/17/2011
SCC